**IN THE CIRCUIT COURT OF THE 18TH JUDICIAL CIRCUIT**
**IN AND FOR BREVARD COUNTY, FLORIDA**

**WILLIAM A. WRIGHT and**
**SANTA ISABEL WRIGHT,**
Plaintiffs,

v. Case No.: 052026 CA 032364 XXCA BC

**CITY OF PALM BAY, FLORIDA,**
**PALM BAY POLICE DEPARTMENT,**
**OFFICER TRAVIS DUMONT,** individually and in his official capacity,
**OFFICER MONICA SCHUCK,** individually and in her official capacity,
**SGT. MARK TRAMMEL,** individually and in his official capacity,.
**LT. PIERRE RICHERD,** individually and in his official capacity,.
**OFFICER JOHN DOE 4-10,** individually and in official capacity,
Defendants,

FILED IN VIERA
CLERK OF CIR. CT.
BREVARD CO. FL.
2026 MAY 28 P 3:43
RACHEL M. SADOFF

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

Plaintiffs, WILLIAM A. WRIGHT and SANTA ISABEL WRIGHT ("Plaintiffs"), sue Defendants and allege:

## I. PARTIES

1. Plaintiff, WILLIAM A. WRIGHT, is a resident of Brevard County, Florida.
2. Plaintiff, SANTA ISABEL WRIGHT, is a resident of Brevard County, Florida and is engaged in political advocacy and candidacy for public office.
3. Defendant, CITY OF PALM BAY, FLORIDA, is a municipal entity located in Brevard County, Florida.
4. Defendant, PALM BAY POLICE DEPARTMENT, Police department located in Palm Bay, Florida, Brevard County,
5. Defendant, OFFICER TRAVIS DUMONT, at all times material, was a law enforcement officer acting within the scope of his employment.
6. Defendant, OFFICER MONICA SCHUCK, at all times material, was a law enforcement officer acting within the scope of her employment.
7. Defendant, SGT. MARK TRAMMEL, at all times material, was a supervising officer acting within the scope of his employment.
8. Defendant, LT. PIERRE RICHERD, individually and in his official capacity,.
9. Defendant, OFFICER JOHN DOE 4-10, at all times material, was a law enforcement officer acting within the scope of her employment.

## II. JURISDICTION AND VENUE

7. This is an action for damages in excess of $1,000,000.00 exclusive of interest, costs, and attorneys' fees.
8. Venue is proper in Brevard County because all acts giving rise to this action occurred within this jurisdiction.

## III. FACTUAL ALLEGATIONS

9. On January 22, 2024, at approximately 12:26 a.m., Plaintiff William A. Wright was lawfully riding his bicycle near his residence in Palm Bay, Florida.
10. Plaintiff had his dog secured on a leash and committed no crime.
11. Defendant Dumont drove onto the sidewalk and grass, exited his vehicle, and pointed a weapon at Plaintiff without lawful justification.
12. Plaintiff came to a complete standstill when confronted.
13. Defendant Dumont failed to articulate any lawful basis for the stop.
14. Plaintiff was ordered to the ground with a taser and complied out of fear for his life.
15. Defendant Dumont stated over the radio, "I got him," indicating Plaintiff was being targeted.
16. Additional officers, including Defendants Schuck and Trammel, arrived on scene.
17. Plaintiff was handcuffed with excessive force despite not resisting or disobeying commands.
18. Plaintiff suffered physical pain, including wrist injury and impact to the head.
19. Plaintiff informed officers of his medical conditions, which were ignored.
20. Plaintiff was searched and found to have no illegal contraband.
21. Despite this, Plaintiff was arrested.
22. Plaintiff was later charged with resisting arrest and possession of paraphernalia.
23. The alleged evidence was not found on Plaintiff at the time of arrest.
24. Additional charges were later introduced based on alleged items found outside Plaintiff's possession.
25. These facts support a reasonable inference that evidence was fabricated and/or planted.
26. Plaintiff created and preserved independent recordings of the incident.
27. Upon review of this evidence, the prosecution dismissed all charges.
28. The dismissal confirms the absence of probable cause.
29. Plaintiff was never advised of his rights pursuant to Miranda.
30. Defendants lacked reasonable suspicion or probable cause at all times.
31. Plaintiff's dog remained properly on a leash at all times.
32. Plaintiff Santa Isabel Wright was known to Defendants as a political candidate and her longstanding involvement with the Palm Bay Police Department and the City as a Civil Rights Advocate and community leader.
33. Defendants' actions were motivated, at least in part, by retaliation against her protected political activity.
34. Plaintiffs made reasonable efforts to notify Defendants and request records and communication regarding the incident.
35. Defendants failed and refused to respond in a meaningful manner.
36. This failure demonstrates deliberate indifference and lack of accountability.

## IV. COUNT I – FALSE ARREST / FALSE IMPRISONMENT

37. Plaintiffs reallege paragraphs 1–36.
38. Defendants unlawfully detained and arrested Plaintiff without probable cause.
39. Plaintiff was deprived of his liberty as a direct result.

## V. COUNT II – EXCESSIVE FORCE

40. Plaintiffs reallege paragraphs 1–36.
41. Defendants used excessive force against a compliant individual.
42. Such force was unreasonable and unlawful.

## VI. COUNT III – MALICIOUS PROSECUTION / FABRICATION OF EVIDENCE

43. Plaintiffs reallege paragraphs 1–36.
44. Defendants initiated criminal charges without probable cause.
45. Defendants fabricated or manipulated evidence.
46. The charges were dismissed in Plaintiff's favor.

## VII. COUNT IV – FAILURE TO INTERVENE

47. Plaintiffs reallege paragraphs 1–36.
48. Each Defendant had the opportunity to prevent the misconduct and failed to do so.

## VIII. COUNT V – NEGLIGENCE (CITY OF PALM BAY)

49. Plaintiffs reallege paragraphs 1–36.
50. Defendant City owed a duty to properly train and supervise its officers.
51. Defendant City breached that duty.
52. Plaintiffs suffered damages as a result.

## IX. COUNT VI – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

53. Plaintiffs reallege paragraphs 1–36.
54. Defendants' conduct was extreme and outrageous.
55. Plaintiffs suffered severe emotional distress, including PTSD-related harm.

## X. COUNT VII – RETALIATION

56. Plaintiffs reallege paragraphs 1–36.
57. Defendants acted in retaliation for protected political activity.
58. Plaintiffs suffered damages as a result.

## XI. DAMAGES

59. Plaintiffs suffered:

**William A. Wright:**

- Physical injuries
- Emotional distress
- PTSD aggravation
- Loss of liberty

**Santa Isabel Wright:**

- Emotional distress
- Reputational harm
- Interference with political activity

60. Damages exceed $1,000,000.00

## XII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request:

a. Compensatory damages;
b. Punitive damages;
c. Costs of litigation;
d. Any further relief deemed just and proper.

## XIII. JURY DEMAND

Plaintiffs demand trial by jury.

Respectfully submitted,

William A. Wright

Santa Isabel Wright

858 Brisbane St NE
Palm Bay, FL 32907
Phone: 321-482-7006
Email: iwright.cms@gmail.com

Plaintiffs, Pro Se

**William Albert Wright**
858 Brisbane Street NE
Palm Bay, FL 32907
(321) 482-7006
mrsisabelwright@aol.com

**July 24, 2025**

**VIA CERTIFIED MAIL / RETURN RECEIPT REQUESTED**

Mathew Morton, City Manager
City of Palm Bay
120 Malabar Road SE
Palm Bay, FL 32907

Patricia Smith, City Attorney
City of Palm Bay
120 Malabar Road SE
Palm Bay, FL 32907

Chief Mariano Augello
Palm Bay Police Department
130 Malabar Road SE
Palm Bay, FL 32907

**RE: NOTICE OF CLAIM AND FORMAL DEMAND FOR DAMAGES – CIVIL RIGHTS VIOLATIONS, FALSE IMPRISONMENT, EXCESSIVE FORCE, ASSAULT, BATTERY, NEGLIGENCE, VIOLATION OF COLOR OF THE LAW AND INTENTIONAL TORTS**

**Dear Mr. Morton:**

Please accept this letter as a **formal notice of claim and demand for damages** arising from egregious civil rights violations perpetrated against me by officers of the Palm Bay Police Department acting under color of law during an incident that occurred on or about **January 22, 2024**.

This incident constitutes violations of **42 U.S.C. § 1983, false imprisonment, excessive force, assault and battery, negligence**, and **intentional torts**, as well as violations of state and federal constitutional protections including but not limited to extreme violation of color of the law. Enclosed herewith are the FBI and DOJ reports pertaining to this matter for your review.

**William Albert Wright**
858 Brisbane Street NE
Palm Bay, FL 32907
(321) 482-7006
mrsisabelwright@aol.com

## Statement of Facts

On January 22, 2024, while lawfully riding my bicycle with my dog properly leashed to the bike, I was the target of an unwarranted and unconstitutional stop by officers of the Palm Bay Police Department. Despite indisputable video evidence verifying that no violation occurred, officers escalated the situation in a manner that was reckless, retaliatory, and devoid of any legal justification.

During the encounter, the officers engaged in conduct that can only be described as outrageous and egregious, manifesting a blatant disregard for my civil rights and personal safety:

- Multiple officers **brandished and pointed loaded firearms directly at me, an unarmed and compliant civilian, without any legal cause or imminent threat, subjecting me to a terrifying, unjustified, and life-threatening assault that placed me in immediate fear for my life.**
- I was subjected to **a brutal and unlawful physical assault**, resulting in **serious bodily injuries**, including extensive bruising, swelling, an exacerbation of a pre-existing herniated disc, and subsequent medical complications including painful urination and infection. These injuries required medical attention and continue to cause chronic pain.
- I endured **profound psychological trauma, emotional shock, and sustained mental anguish**, including post-traumatic stress symptoms, sleep disturbances, and an ongoing fear of law enforcement encounters.
- In a further abuse of authority, **false criminal charges were maliciously filed against me.** These charges were unequivocally **dismissed by the Brevard County State Attorney's Office** after review of body-worn camera footage, corroborated by my own recording, which irrefutably proved there was no lawful basis for either my detention or the violent use of force against me.
- This incident further appears to be **an act of political retaliation** against my wife and family, as my wife was an active candidate in the City of Palm Bay Mayoral election at the time. The timing and nature of this incident raise grave concerns regarding abuse of power for political purposes.

**William Albert Wright**
858 Brisbane Street NE
Palm Bay, FL 32907
(321) 482-7006
mrsisabelwright@aol.com

The conduct of the officers involved represents clear violations of multiple federal and state laws, including:

**Federal Law:**

- **Fourth Amendment of the United States Constitution** – Prohibiting unreasonable searches, seizures, and excessive force
- **Fourteenth Amendment of the United States Constitution** – Guaranteeing due process and equal protection under the law
- **42 U.S.C. § 1983** – Civil action for deprivation of rights under color of law
- **42 U.S.C. § 1988** – Provision for attorney's fees in civil rights actions

**Florida Law:**

- **Article I, Sections 9 and 12 of the Florida Constitution**
- **False Imprisonment** – Unlawful detention without legal authority
- **Assault and Battery** – Threat and application of unlawful physical force
- **Negligent Hiring, Supervision, and Retention** – Failure to properly oversee officers and prevent misconduct
- **Intentional Infliction of Emotional Distress** – Extreme and outrageous conduct causing severe emotional trauma

As a direct and proximate result of the egregious, unlawful, and unconstitutional actions of the officers involved, I have sustained substantial and ongoing damages, including but not limited to:

- **Severe Physical Injuries** – including acute pain, suffering, extensive bruising, swelling, and the exacerbation of a pre-existing herniated disc, which has led to chronic pain and prolonged medical treatment. Additionally, the trauma resulted in complications such as painful urination and infection, all requiring ongoing medical care.
- **Profound Psychological Trauma** – including lasting emotional distress, fear of leaving my home, severe anxiety, psychological anguish, sleep disturbances, hypervigilance, and symptoms consistent with post-traumatic stress disorder (PTSD), all of which continue to impair my daily life and mental well-being.
- **Reputational Harm and Community Standing** – as a result of public humiliation, false criminal accusations, and the stigma attached to my wrongful detention and arrest, causing irreparable damage to my name and personal integrity.

**William Albert Wright**
858 Brisbane Street NE
Palm Bay, FL 32907
(321) 482-7006
mrsisabelwright@aol.com

- **Economic and Financial Losses** – My wife suffered loss of income and diminished earning capacity. My medical expenses (both past and anticipated), legal costs incurred in defending against maliciously instituted criminal charges, and other incidental expenses related to this incident.

These injuries and losses are permanent in nature, severe in degree, and demand just and full compensation. I have refrained from hiring an attorney to resolve this matter without litigation; however, if an agreement cannot be reached, I will retain council to represent me in court. I hereby demand the following remedies:

1. **Compensatory Damages** in the amount of **$2,500,000.00** for:
    - Physical pain and suffering
    - Emotional distress and mental anguish
    - Reputational and financial harm
    - Past and future medical expenses and legal fees
2. **Punitive Damages** to deter and punish similar misconduct under **42 U.S.C. § 1983.**
3. A **formal written apology** issued by the Palm Bay Police Department and the City of Palm Bay
4. **Immediate disciplinary action** against all involved officers, including:
    - Written reprimands in their personnel files
    - Referral of misconduct findings to state law enforcement certification agencies
    - Mandatory retraining on constitutional policing, use of force, and lawful arrest procedures
5. **Reimbursement of all attorney's fees, court costs, and related expenses** pursuant to **42 U.S.C. § 1988**

This letter serves as **formal notice pursuant to Florida Statutes § 768.28(6)** of my intent to initiate civil litigation if this matter cannot be resolved within **thirty (30) days** of receipt.

Failure to reach an amicable settlement will result in the filing of a civil complaint in both state and federal court, seeking all available remedies, including, but not limited to damages, injunctive relief, and attorney's fees.

All correspondence regarding this claim should be directed to myself at the contact information listed above. I further authorize my wife, **Santa I. Wright**, to function as my representative in all communications relating to this matter.

**William Albert Wright**
858 Brisbane Street NE
Palm Bay, FL 32907
(321) 482-7006
mrsisabelwright@aol.com

We respectfully request a good-faith effort to resolve this dispute amicably, without retaliation or retribution.

**Sincerely,**

William A. Wright

Santa Isabel Wright

**Enclosed: DOJ Report**

2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

U.S. Department of Justice
*United States Attorney*
*Middle District of Florida*

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

Reply to: Tampa, FL

# CIVIL RIGHTS COMPLAINT FORM

The United States Attorney's Office, in coordination with the Civil Rights Division of the United States Department of Justice, is charged with enforcing the federal civil rights laws throughout the Middle District of Florida. The Office therefore readily receives information that brings to its attention possible violations of federal civil rights laws. The United States Attorney's Office is primarily a legal office and not an investigative agency. This Office will determine if your complaint raises a potential violation of federal civil rights laws that would be within the jurisdiction of this Office to investigate or should be referred to another agency for investigation or other action.

**Person Filing Complaint** — **Date:** 2/15/20

| | | |
|---|---|---|
| Name: WILLIAM ALBERT WRIGHT | | |
| Address: 858 BRISBANE ST NE | | |
| City: PALM BAY | State: FL | Zip Code: 32907 |
| Daytime Phone#: 321-482-7006 | E-mail: MRSISABELWRIGHT@AOL.COM | |
| Best Method & Time For Contact: CELL PHONE/ANYTIME | | |

**Person/Entity You Are Filing Complaint About**

| | | |
|---|---|---|
| Name: PALM BAY POLICE DEPARTMENT (SEVERAL OFFICERS) | | |
| Address: 130 Malabar Rd. SE | | |
| City: MELBOURNE | State: FL | Zip Code: 32907 |
| Daytime Phone#: 321-952-3456 | E-mail: | |
| Best Method & Time For Contact: PHONE/BUSINESS HOURS | | |

**Nature of alleged civil rights violation (please check area that applies to your complaint):**

| | | | |
|---|---|---|---|
| ☐ | Abortion Clinic Access | ☑ | Law Enforcement Misconduct |
| ☐ | Credit/Lending Opportunities | ☐ | Military/Veteran Status |
| ☐ | Disability Rights or Access | ☐ | Prisoner or Institutionalized Person Rights |
| ☐ | Educational Opportunities | ☐ | Religious Land Use |
| ☐ | Employment Discrimination | ☐ | Voter Rights |
| ☐ | Hate Crime | ☑ | Other: |
| ☐ | Housing Discrimination | | |
| ☐ | Human Trafficking | | |

What do you believe was the reason for the discrimination?

☐ Disability ☑ National Origin ☑ Race ☐ Religion ☐ Sexual Orientation ☑ Other__________________

Describe the civil rights violation that you would like to bring to the attention of the U.S. Attorney's Office. Include as much information as possible, including the date, place, nature of incident and contact information for any witnesses (please include copies of supporting documentation, but do not send original documents):
Attached additional page(s) if necessary.

My name is William Wright, I live at 858 Brisbane St NE Palm Bay, FL. I am writing to file a formal complaint against the Palm Bay Police Department and multiple officers (Officer Travis Dumont, Officer Monica Schuck, Sgt. Mark Trammell for police misconduct, including stopping me without probable cause, use of excessive force, false arrest, fabrication of evidence, refusal to provide me with the body cam footage and violating my constitutional and civil rights. Miranda rights were not read.

On January 22, 2024 12:26 a.m., I was riding my bicycle on Americana, the street over from my home on Brisbane as I do almost every night with my dog secured to my bike with my lights on, when I hear someone yell out hey Buddy, I said I am not your buddy and continued on my bike ride. At no point did he identified himself nor ask me to stop instead all of the sudden Officer Dumont speeds up at high speed in front of me and drove his car on the sidewalk and grass and got out of his patrol car pointing his weapon at me pushing me to the ground while I was at a standstill with my bicycle in tow. I was on the phone with my wife and he ordered me to put my phone down which was an unlawful order and I did not obey and continued to record.
He ordered me on to the ground on my stomach with my hands behind my back which I obeyed I am complying under the threat of violence he approached and pushed me to the ground and just stands there pointing his weapon at me as I stayed on the ground, He got on the radio and said " I got him" which led me to believe I was a target. He finally answered and he said " I wanted to explain something to you" other officers arrived I told him he had no probable cause for stopping me let alone detaining me. I was pushed down and handcuffed with excessive force twisting my wrist when I was not resisting or disobeying, I told the female officer she was hurting me but did not stop.
I was confused all I felt was pain. I wasn' t sure if I was hit on my head and a bit lightheaded. I was

**Are you represented by an attorney in this matter?** ☐ Yes ☑ No
If yes, please provide name of attorney, address and phone number:

**Have you filed a lawsuit concerning this matter?** ☐ Yes ☑ No
If yes, please provide the case name, court in which the case was brought, and the status of the case:

**Have you filed a complaint about this matter with any other federal, state, or government agency?**

☐ Yes ☑ No

If yes, please list the agency, contact person, phone number and status of the complaint:

This Office will carefully consider the information you have provided us to determine whether a violation of the federal civil rights laws may have occurred and if so, whether this Office has enforcement authority with respect to the violation. If this Office determines that your complaint raises a potential violation of federal civil rights laws that would be within the jurisdiction of this Office to investigate and/or that further information from you is necessary for any investigation, we will contact you.

---

**PLEASE UNDERSTAND THAT SUBMITTING THIS COMPLAINT FORM HAS NO EFFECT ON ANY STATUTE OF LIMITATIONS OR OTHER FILING REQUIREMENTS THAT MIGHT APPLY TO ANY CLAIM YOU MAY HAVE.**

**FURTHER, BY SUBMITTING THIS CLAIM YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING, AND THIS OFFICE HAS NOT INITIATED A SUIT OR PROCEEDING ON YOUR BEHALF.**

**IF YOU BELIEVE YOUR CIVIL RIGHTS HAVE BEEN VIOLATED, AND INTEND TO BRING A LAWSUIT, YOU SHOULD ALSO CONTACT A PRIVATE ATTORNEY.**

---

**E-Mail Form** or **PRINT** and send completed complaint form and any supporting documentation to the following:

**Civil Rights Complaints, Civil Division**
**United States Attorney's Office**
**Middle District of Florida**
**400 N. Tampa Street, Suite 3200**
**Tampa, Florida 33602**
**Civil Rights Hotline: 813.274.6095**
**Email: USAFLM.Civil.Rights@usdoj.gov**

UNITED STATES POSTAL SERVICE.

INTERCHANGE SQUARE
1155 MALABAR RD NE STE 18
PALM BAY, FL 32907-9994
www usps.com

07/25/2025 02:07 PM

TRACKING NUMBERS
9589 0710 5270 1391 4098 44

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may appl,

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter<br>Palm Bay, FL 32907<br>Weight: 0 lb 1.40 oz<br>Estimated Delivery Date<br>Mon 07/28/2025 | 1 | | $1 07 |
| First-Class Mail® Letter<br>Fort Lauderdale FL 33345<br>Weight: 0 lb 0.30 oz<br>Estimated Delivery Date<br>Mon 07/28/2025 | 1 | | $0.73 |
| First-Class Mail® Letter<br>Palm Bay, FL 32907<br>Weight: 0 lb 1.40 oz<br>Estimated Delivery Date<br>Mon 07/28/2025 | 1 | | $1.07 |
| First-Class Mail® Letter<br>Palm Bay, FL 32907<br>Weight: 0 lb 1.50 oz<br>Estimated Delivery Date<br>Mon 07/28/2025 | 1 | | $1.07 |
| Certified Mail®<br>Tracking #:<br>9589 0710 5270 1391 4098 44 | | | $5.30 |
| Return Receipt<br>Tracking #:<br>9590 9402 9486 5069 0706 95 | | | $4.40 |
| Total | | | $10.77 |

Grand Total: $13.69

Credit Card Remit $13.69
Card Name: VISA
Account #: XXXXXXXXXXXX5540
Approval #: 09648B
Transaction #: 895
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required CAPITAL ONE VISA

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 115801-0478
Receipt #: 840-53270068-3-9544397-2
Clerk: 90

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mathew Martin
City of Palm Bay
120 Malabar Rd SE
Palm Bay FL 32907

9590 9402 9486 5069 0706 95

2. Article Number *(Transfer from service label)*

9589 0710 5270 1391 4098 44

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature]

☑ Agent
☐ Addressee

B. Received by (Printed Name): Mike G

C. Date of Delivery: 7.28

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

RACHEL M. SADOFF

2026 MAY 28 P 3: 43

FILED IN VIERA
CLERK OF CIR. CT.
BREVARD CO. FL.

**EXHIBIT A**

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR (BREVARD/SEMINOLE) COUNTY, FLORIDA

William Wright / Santa I. Wright
Plaintiff,

v City of Palm Bay, Palm Bay Police Dept
Defendant.

Case No 052026 CA 032364 XXCA BC

**CIVIL CASE MANAGEMENT TRACK DESIGNATION FORM**

**I.** **Case Track Assignment** (track must be selected with a "check mark" or "X"): Case disposition times for all case tracks have been established in accordance with Rule 2.250(a)(1)(B), *Florida Rules of General Practice and Judicial Administration*.

______ **Streamlined Track**: Case to be resolved within 12 months after the expiration of the time to perfect service of process under *Fla.R.Civ.P.* 1.070(j) (120 days). *"Streamlined"* cases should have few parties and witnesses, few anticipated pretrial motions, minimal discovery, and document production.

X **General Track**: Case resolved within 18 months after the expiration of the time to perfect service of process under *Fla.R.Civ.P.* 1.070(j) (120 days). "*General*" cases are all other actions that do not meet the criteria for streamlined or complex.

______ **Complex Track**: Case to be resolved within 30 months after the expiration of the time to perfect service of process under *Fla.R.Civ.P.* 1.070(j) (120 days). The Court will issue an initial General Track Case Management Order, and thereafter parties shall comply with *Fla.R.Civ.P.* 1.201(a) by filing an appropriate motion to declare the case complex and serving such motion to the assigned judge.

**II.** **Trial Information**

- **Identification of Jury or Non-Jury Trial**: X **Jury Trial**; ______ **Non-Jury Trial.**
- **Estimated Length of Trial** (specify the number of trial days): 10 days.

**I CERTIFY** that the information I have provided above is accurate to the best of my knowledge and belief, and that I have read and will comply with the Court's current Administrative Order on Case Management.

Signature: [signature] Fla. Bar #(if attorney) N/A
~~Attorney or~~ party

Printed Name: William Wright Date: 5-28-26

Case # 05-2026-CA-032364-XXCA-BC
Document Page # 2
*41422696*

IN THE CIRCUIT/COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

William Wright / Santa I. Wright
Plaintiff/Petitioner or In the Interest of

CASE NO 05-2026-CA-032364-XXCA-BC

vs.

City of Palm Bay
Defendant//Respondent
Palm Bay Police Dept

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable up to 1 year in jail or up to $1,000 in fines, as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information provided on this application is true and accurate to the best of my knowledge.**

Signed on May 28, 2026. [signature]
Signature of Applicant for Indigent Status

1967 — Year of Birth
2221 — Last 4 digits of Driver License or ID Number
Print Full Legal Name: William Albert Wright
Email address: MrsIsabelWright@aol.com
Phone Number/s: 321-482-7076
P.O. Box 100154 Palm Bay FL 32910
Address: Street, City, State, Zip Code

**Notice to Applicant:** If you qualify for civil indigence, you must enroll in the Clerk's Office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for your Dependency or Chapter 39 Termination of Parental Rights actions.

1. **I have** 0 **dependents.** *(Do not include children not living at home and do not include a working spouse or yourself.)*
2. **My take home pay is $** 0 paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other ____.
   *Include cash payments. Include only your "net" pay. Your take home pay (net income) is your total salary and wages minus deductions required by law, including court-ordered support payments.*
3. **I have other income** paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☒ monthly ☐ yearly ☐ other ____.
   *(Check "Yes" and fill in the amount if you have this kind of income, otherwise check "No")*

| | | | |
|---|---|---|---|
| Social Security benefits | ☒Yes $ 854 — ☐No | Workers compensation | ☐Yes $____ ☒No |
| Unemployment compensation | ☐Yes $____ ☒No | Regular support from absent family members | ☐Yes $____ ☒No |
| Union payments | ☐Yes $____ ☒No | Rental income | ☐Yes $____ ☒No |
| Retirement/pensions | ☐Yes $____ ☒No | Dividends or interest | ☐Yes $____ ☒No |
| Trusts | ☐Yes $____ ☒No | Other kinds of income not on the list | ☐Yes $____ ☒No |
| Veterans' benefits | ☐Yes $____ ☒No | | |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Check "yes" and fill in the value of the property, otherwise check "No")*

| | | | |
|---|---|---|---|
| Cash | ☐Yes $____ ☒No | Bank/Savings account | ☒Yes $ 50 — ☐No |
| Car/Motor Vehicle* | ☐Yes $____ ☒No | Stocks/bonds/Certificates of Deposit | ☐Yes $____ ☒No |
| Money market accounts | ☐Yes $____ ☒No | Homestead real estate | ☐Yes $____ ☒No |
| Boats/other tangible property* | ☐Yes $____ ☒No | Non-homestead real estate* | ☐Yes $____ ☒No |
| *show loans on these assets in paragraph 5 | | Other assets* | ☐Yes $____ ☒No |

**Check one:** I ☐ DO/ ☒ DO NOT expect to receive more assets in the near future. The asset and value is ____.

5. **I have total liabilities and debts in the amount of $** 16,000. I have loan balances on assets in paragraph 4:
   Car/Motor Vehicle $ 16,000 Homestead $____ Non-homestead real estate $____; Boat $____;
   Other tangible property (identify here) ____ and loan balance $____

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ☒ Indigent ☐ Not Indigent, according to s. 57.082, F.S.
Dated on May 28, 2026

Rachel M. Sadoff
Clerk of the Circuit Court
By [signature], Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision ____

Law 929/Rev. 07-21-2021

Case # 05-2026-CA-032364-XXCA-BC
Document Page # 3
*41422697*