FILED - USDC - FLMD - ORL
AUG 17 2026 PM12:38

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM A. WRIGHT and SANTA ISABEL WRIGHT,**

Plaintiffs,

v.

**THE CITY OF PALM BAY, FLORIDA, et al.,**

Defendants.

**Case No. 6:26-cv-01390-PGB-LHP**

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiffs William A. Wright and Santa Isabel Wright, proceeding pro se, hereby give notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that they voluntarily dismiss this action in its entirety WITHOUT PREJUDICE.

This action was originally filed in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, and was removed by Defendants to this Court. On July 31, 2026, the Court entered its Order (Doc. 17) dismissing Plaintiffs' Complaint without prejudice and allowing Plaintiffs through August 21, 2026 to file an amended complaint.

Rather than continue litigating pro se under the present amendment deadline, Plaintiffs have determined that they should obtain and consult with qualified legal counsel before deciding whether and how to pursue their claims further. Plaintiffs therefore voluntarily dismiss this action without prejudice so they may seek legal representation and obtain advice concerning their claims and the appropriate manner in which to proceed.

Plaintiffs do not seek an adjudication on the merits. This dismissal is expressly WITHOUT PREJUDICE. Plaintiffs respectfully request that the Clerk close the action following the filing of this Notice.

Dated: August 14, 2026

Respectfully submitted,

William A. Wright, Plaintiff Pro Se

Santa Isabel Wright, Plaintiff Pro Se
858 Brisbane Street NE
Palm Bay, Florida 32907
Telephone: 321-482-7006
Email: MRSISABELWRIGHT@AOL.COM

## CERTIFICATE OF SERVICE

We certify that on August 14, 2026, a true and correct copy of the foregoing was served by U.S. Mail on Patricia Denise Smith, Esq., Jean-Paul Gabriel, Esq., and Erich Benjamin Messenger, Esq., City Attorney's Office, 120 Malabar Road SE, Palm Bay, Florida 32907.

William A. Wright, Plaintiff Pro Se

Santa Isabel Wright, Plaintiff Pro Se